UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA FORT
WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NUMBER: 1:10 CR 51 |
| | ) | |
| WILLIAM HAGLER | ) | |
| | ) | |
| | ) | |

**OPINION AND ORDER**

Defendant, William Hagler, a federal prisoner, moved for a reduction of his sentence under the provisions of the First Step Act of 2018. On February 25, 2019, this Court referred the defendant's case to the Federal Community Defenders, Inc. ("FCD") to determine if the defendant qualified for the relief he sought and the FCD filed his appearance the same day. Now before the Court is a Motion to Withdraw [DE 395] filed on April 10, 2019 by the FCD, wherein counsel indicates that the defendant is ineligible for the requested relief. In his filing, the FCD refers to an Addendum to the Presentence Report filed on March 11, 2019 by the United States Probation Office. The FCD also indicates that he agrees with the ultimate conclusion in the Addendum. For the following reasons, the Motion to Withdraw is GRANTED.

In its Addendum, the Probation Office indicates that the defendant was sentenced for bank robbery by force, violations of 18 U.S.C. §2113(a) and (d), and aiding and abetting, a violation of 18 U.S.C. §2. None of these violations are eligible for relief under section 404 of the First Step Act of 2018. Thus, the defendant is unable to obtain relief under the First Step Act and is no longer in need of the services of the FCD for that purpose.

The Court has reviewed the filings and agrees with the Probation Office's assessment as well as that of the FCD that the defendant does not qualify for relief under the First Step Act of 2018. Accordingly, the Court GRANTS the Motion to Withdraw [DE 395].

So ordered. This 29th day of April, 2019.

s/ William C. Lee
United States District Court